R. Shawn Oller; AZ Bar No. 019233
soller@littler.com
Kimberly G.  Dennis; AZ Bar No. 029783
kdennis@littler.com
LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road, Suite 900
Phoenix, AZ  85016
Telephone:   602.474.3600
Facsimile:    602.957.1801

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| Paul Zepeda, | Case No. |
|---|---|
| Plaintiff, | **DEFENDANT NTT DATA SERVICES, LLC'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §§ 1332 (Diversity), 1441 and 1446** |
| v. | |
| NTT DATA Services, LLC, | |
| Defendant. | |

**TO:  CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA**

Defendant NTT DATA Services, LLC ("Defendant" or "NTT DATA") removes this action from Pima County Superior Court to this Court in accordance with 28 U.S.C. §§ 1332, 1441 and 1446 and Local Rule 3.6.

In support of this Notice of Removal, Defendant states the following:

1. On December 23, 2020, Plaintiff Paul Zepeda ("Plaintiff") filed a Complaint in the Superior Court of Arizona, Pima County, styled *Paul Zepeda vs. NTT DATA Services, LLC*, Case No. C20205730.

2. On December 30, 2020, Plaintiff served a copy of the state court Summons, Certificate of Compulsory Arbitration, and Complaint and Demand for Jury Trial on NTT DATA Services, LLC by personal service. A true and correct copy of all process, pleadings,

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

and orders in the State Court Action are being filed with this Notice as required by 28 U.S.C. § 1446(a) and are attached as **Exhibit 1**.

3.  Accordingly, NTT DATA has filed this Notice of Removal within 30 days after service of the initial pleading setting forth a removable claim and it is timely filed under 28 U.S.C. §1446(b).  Specifically, each defendant shall have 30 days after receipt by or service on that defendant of the initial pleading or summons.  28 U.S.C. §1446(b)(2)(B).

**Diversity Jurisdiction**

4.  This Court has original jurisdiction over the action under 28 U.S.C. § 1332 and removal jurisdiction under 28 U.S.C. § 1441(b) because it is a civil action between citizens of different states.  Defendant NTT DATA Services, LLC is now, and was at the time this action commenced, diverse in citizenship from Plaintiff.

5.  Specifically, Plaintiff is presently domiciled in Pima County, Arizona and was domiciled there at the time this action commenced.  *See* Complaint, p. 1.  Plaintiff was at that time, and is now, a citizen of the State of Arizona.  *Id.*

6.  Defendant is not, nor was at the time the suit commenced, a citizen of the State of Arizona.  *See* Declaration of Megan Bartlett, attached hereto as **Exhibit 2**, ¶4-8.

7.  Plaintiff has sued for violation of the Arizona Employment Protection Act and alludes to eventually including a claim for violation of Title VII. *See* Complaint.

8.  The entity that employed Plaintiff is NTT DATA Services, LLC. *See* **Exhibit 2**, ¶ 3.

9.  Defendant NTT DATA is now, and at the time Plaintiff commenced this action was, a corporation incorporated under the laws of the State of Delaware, with its principal place of business in Plano, Texas. *See* **Exhibit 2**, ¶ 4-5. Defendant is not now, and at the time Plaintiff commenced this action, was not, a citizen of Arizona. Accordingly there is complete diversity of citizenship between the parties.

10.  Defendant NTT DATA Services, LLC's members NTT DATA, Inc., and NTT DATA Corporation. *See* **Exhibit 2**, ¶ 6.

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600

-2-

11.    NTT DATA, Inc. is a corporation formed in the state of Delaware, with its principal place of business located at 950 Legacy Drive, Suite 900, Plano, TX 75024. **Exhibit 2**, **¶ 8.**

12.    NTT DATA Corporation is a corporation formed in Japan and headquartered in Koto City, Tokyo, Japan. **Exhibit 2**, **¶ 9.**

13.    The Supreme Court has concluded that "a defendant's notice of removal need include only a plausible allegation that the amount in controversy exceeds the jurisdictional threshold." *Dart Cherokee Basin Operating Co. v. Owens*, 135 S. Ct. 547, 551 (2014); "Evidence establishing the amount is required by § 1446(c)(2)(B) only when the plaintiff contests, or the court questions, the defendant's allegation." *Id.*; *see also Singer v. State Farm Mut. Auto Ins. Co.*, 116 F.3d 373, 376 (9th Cir. 1997); *Sanchez v. Monumental Life Ins. Co.*, 102 F.3d 398, 404 (9th Cir. 1996). "In measuring the amount in controversy, a court must assume that the allegations in the complaint are true and assume that a jury will return a verdict for the plaintiff on all claims made in the complaint. *Forever Living Products v. Geyman*, 471 F.Supp.2d 980 (D. Ariz. 2006).

14.    Plaintiff's Complaint  alleges a claim for violation of the Arizona Employment Protection Act, A.R.S. § 23-1501, and seeks compensatory and general damages, lost wages, lost benefits, punitive damages, costs and attorneys' fees, (*see* Complaint, ¶ 49 and Prayer for Relief) which collectively could entitle Plaintiff to a recovery in excess of $75,000. *See Chabner v. United of Omaha Life Ins. Co.*, 225 F.3d 1042, 1046 n.3 (9th Cir. 2000) (considering punitive damages in determination of amount in controversy).   Moreover, Plaintiff's employment terminated on August 7, 2020 and, at the time, he was making approximately $61,410.00 per year.  If Plaintiff seeks to recover just two years in wages alone, he easily exceeds the $75,000 amount in controversy threshold.  *See* **Exhibit 2**, ¶9.

15.    Plaintiff also affirmatively asserted to the Superior Court that the case is not subject to mandatory arbitration, indicating that the largest award sought by him – excluding interest, attorneys' fees and costs – exceeds the $50,000 threshold for mandatory arbitration in Pima County. *See* Certificate of Compulsory Arbitration, attached hereto as **Exhibit 1**.

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

-3-

Thus, Plaintiff seeks at least $50,000 in damages before considering his claimed attorneys' fees. *Id.*

16.     Plaintiff also made a pre-litigation settlement demand in excess of $500,000.00, demonstrating that the amount in controversy is at least that much. *See* **Exhibit 2**, ¶10. As this was a pre-litigation offer of compromise, then it is reasonable that his alleged damages must be higher.  Accordingly, the amount in controversy in this case meets the jurisdictional requirements.

17.     Venue of this Action exists in this District pursuant to 28 U.S.C. § 1441(a) because the Superior Court is located within the District.

18.     Defendant has complied with the notice required under 28 U.S.C. § 1446(d), having served Plaintiff with a copy of the Notice to Adverse Party of Removal of Civil Action to Federal Court (a copy of which is attached as **Exhibit 3**), and filed the Notice to State Court of Removal of Civil Action in the Superior Court of Pima County, Arizona, (a copy of which is attached as **Exhibit 4**).

DATED this 29th day of January, 2021.


/s/ *R. Shawn Oller*
R. Shawn Oller
Kimberly G. Dennis
LITTLER MENDELSON, P.C.
*Attorneys for Defendant*

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, U.S. Mail, Certified U.S. Mail Return Receipt Requested and Email to the following if non-registrants, this 29th day of January, 2021.

Christopher R. Houk
HOUK LAW FIRM, PLLC
1050 East Southern Avenue, Suite A-3
Tempe, Arizona 85282
chouk@houklawfirm.com
jmontanez@houklawfirm.com

*Attorney for Plaintiff*

 */s/ Sara Jurecki*
4852-7611-5414.1 090880.1132

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600